```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
          Petitioner,        )
                             )
     v.                      )    C.A. No. 12-12086-MLW
                             )
JOSEPH SMITH,                )
          Respondent.        )
```

## ORDER

WOLF, D.J.                                               June 18, 2013

This court's Probation Office has reported that if respondent Joseph Smith is released to serve his term of Supervised Release in Georgia, the Probation Office for the Middle District of Georgia would seek to have his conditions of release modified, to include placement in a residential re-entry center for a minimum of six months and the following special condition:

> You shall participate in a mental health treatment program that may include, upon the recommendation of a psychiatrist or psychologist, mental health counseling, residential treatment, outpatient treatment, and/or the prescription of psychotropic medications by a medical doctor. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program and monitoring your participation and compliance in the program.

See June 17, 2013 Report of U.S. Probation Office (Docket No. 32).

Accordingly, it is hereby ORDERED that by 12:00 noon on June 20, 2013, Smith shall report whether he agrees that if he is released the conditions of his Supervised Release should be revised to include the two conditions proposed by the Probation Office for the Middle District of Georgia.

```
                              /s/ Mark L. Wolf
                         UNITED STATES DISTRICT JUDGE
```